**Entered on Docket**
**May 06, 2021**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**The following constitutes the order of the Court.**
**Signed: May 6, 2021**

*[Signature]*
_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 21-10084 WJL |
| Robert David Franks, | ) | Chapter 7 |
| | ) | **Hearing Scheduled:** |
| Debtor. | ) | Date: June 3, 2021 |
| | ) | Time: 9:00 a.m. |
| | ) | VIA TELECONFERENCE |

**MEMORANDUM REGARDING REAFFIRMATION AGREEMENT FILED BY CREDITOR ALLY BANK**

On February 19, 2021, Debtor filed the above-captioned Chapter 7 case. On April 16, 2021, creditor Ally Bank (the "Secured Creditor") filed a reaffirmation agreement executed by Debtor for a 2016 Jeep Cherokee [ECF No. 17] (the "Jeep Reaffirmation Agreement"). The Reaffirmation Agreement is scheduled for hearing on June 3, 2021, at 9:00 a.m.

On May 6, 2021, the Court held a hearing on approval of another reaffirmation agreement concerning a Harley-Davidson [ECF No. 11] (the "Harley Reaffirmation Agreement"). Debtor made an appearance at the hearing, and no other appearances were made.

The Court mistakenly believed the Jeep Reaffirmation Agreement was also on for hearing. Accordingly, the Court reviewed both the Harley Reaffirmation Agreement and the Jeep Reaffirmation Agreement and expressed its view that reaffirming either debt would cause an undue hardship for Debtor based on Debtor's financial circumstances. On that basis, the Court denied the Harley Reaffirmation Agreement and indicated it was inclined to also deny the Jeep Reaffirmation Agreement.

The Court will leave the June 3 hearing regarding the Jeep Reaffirmation Agreement on the calendar in case counsel for Secured Creditor makes an appearance. However, Debtor is not required to attend the hearing, and if no appearance is made at the hearing, the Court expects to enter an order denying the Jeep Reaffirmation Agreement.

**\*\*\*END OF MEMORANDUM\*\*\***

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | Robert David Franks |
|   | 649 Grotzma Rd. |
| 3 | Arcata, CA 95521 |
| 4 | Ally Bank c/o AIS Portfolio Services, LP |
|   | 4515 N. Santa Fe Ave. |
| 5 | Oklahoma City, OK 73118 |